### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| | **CASE NO. 2:24-PO-00056** |
| **v.** | |
| | **MAGISTRATE JUDGE JOLSON** |
| **Andree Ortiz-Hernandez,** | |
| **Defendant.** | |

---

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **Dismissed**.

s/Kimberly A. Jolson

**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

8/12/2025
**DATE**